UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANTHONY D. BURNETT,

                Plaintiff,

  -against-                                      09 Civ. 1738 (HB) (FM)

ROBERT FEDERICO,                          MEMORANDUM ORDER

                Defendants.
------------------------------------------------------------X

**Hon. HAROLD BAER, JR., District Judge:**

      Plaintiff Anthony D. Burnett alleges that defendant Robert Federico fraudulently obtained a car loan in Burnett's name. Federico failed to respond to the Complaint, and the Court entered a default judgment against Federico on April 12, 2010, for an amount that was to be determined by an inquest. Magistrate Judge Frank Maas subsequently issued a Report and Recommendation ("R & R"), in which he recommends that the Court should award Burnett compensatory damages in the amount of $1, costs in the amount of $350, and punitive damages in the amount of $5,000. No objection was filed.

      This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations" of a magistrate judge and reviews *de novo* those parts of the R & R to which objections are made and reviews the remainder for clear error. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72.

      After reviewing Judge Maas's R & R, to which no objection was filed, this Court concludes that there is no clear error and, accordingly, approves, adopts, and ratifies the R & R in its entirety. Burnett is awarded a total of $5,351. The Clerk of the Court is instructed to close the case.

**SO ORDERED.**

New York, New York
April 20, 2012

                                          HAROLD BAER, JR.
                                          United States District Judge